IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS HOLLIDAY,

    Petitioner,        No. CIV S-09-2792 JAM DAD P

   vs.

GARY SWARTHOUT, Warden,

    Respondent.        ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored. <u>See</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: March 1, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
holl2792.159

1